THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 George
 Robinson, Appellant.
 
 
 

Appeal From Spartanburg County
 Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2007-UP-510
Submitted October 1, 2007  Filed October
 30, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  George Robinson
 (Appellant) was convicted of two counts of armed robbery.  He was sentenced to
 concurrent terms of life in prison without parole for each charge.  
On appeal, counsel for Appellant has filed a final brief along with
 a petition to be relieved as counsel.  Appellant has filed a pro se response.  After a thorough review of the record pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
 relieved.          
APPEAL DISMISSED.[1]
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.